```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                     Criminal No. 00-cr-180-01-SM

<u>Scott Drown</u>


    Re: Document No. 27, Motion for Hearing

    Ruling: Denied, without prejudice to defendant properly invoking his right to prompt disposition of the charge underlying the federal detainer, in accordance with the procedures described in the Interstate Agreement on Detainers, 18 U.S.C. App. 2, Section 2, Article III.  See, e.g. United States v. Mauro, 436 U.S. 340 (1978); Alabama v. Bozeman, 533 U.S. 146 (2001); United States v. Dowdell, 595 F.3d 50 (1st Cir. 2010).


                                              /s/ Steven McAuliffe
                                              Chief Judge Steven McAuliffe
                                              United States District Court

Date:  August 13, 2010

cc:  Scott Drown
     Mark S. Zuckerman, AUSA