UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                          Criminal No. 00-cr-180-01-SM

<u>Scott Drown</u>



     Re: Documents No. [30] Motion to Appoint Counsel; [29] Motion for Preliminary Probation Hearing; [31] Motion for Writ of Habeaus Corpus

     Ruling: The motion to appoint counsel (doc. no. 30) is granted; the motion for hearing and removal of detainer (doc. no. 29) is denied without prejudice; the motion for writ of habeas corpus ad testificandum (doc. no. 31) is denied without prejudice. Defendant has previously been advised that he must comply with the procedures set out in the Interstate Agreement on Detainers, to which the federal government subscribes.  18 U.S.C. App. 2, Section 2, Article III.  For reasons that are not clear, defendant seems incapable of following the direction given.  On the other hand, he is entitled to representation with respect to the alleged supervised release violation charges lodged against him. Accordingly, counsel shall be appointed to represent defendant (subject to his later establishing financial eligibility) in

connection with that petition.  (Assistant Federal Defender Saxe represented defendant in the underlying criminal case and should be considered first.)  No doubt appointed counsel can successfully navigate the process available for prompt consideration of the matter underlying the pending detainer.

So ordered.

March 8, 2011

_____
Steven J. McAuliffe
Chief United States District Court Judge

cc:  Jonathan Saxe, Esq.
     Mark Zuckerman, Esq.
     Scott Drown